**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REBECCA A. BEATTY,

      Plaintiff(s),

v.                                                        Case No:  8:06-CV-221-T-30MSS

JO ANNE BARNHART,
Commissioner of Social Security,

      Defendant(s).
_____/

## O R D E R

     **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mary Scriven (Dkt. #14).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

     After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

     **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1)      The Report and Recommendation (Dkt. #14) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)      Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. #11) is GRANTED.

3)      Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. #12) is GRANTED.

4)      This  case is DISMISSED with prejudice.

5)      The Clerk is directed to terminate any pending and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2006.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


**COPIES FURNISHED TO**:
Counsel/Parties of Record


S:\Odd\2006\06-cv-221.adopt 14.wpd